UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BURTON WIAND, as
Receiver for EquiAlt
LLC, EquiAlt Fund,
LLC, EquiAlt Fund II,
LLC, EquiAlt Fund III,
EA SIP, LLC,

    Plaintiff,

Case No.: 8:21-cv-0360-TPB-CPT

v.

ERIK ADAMEK, et al.,

    Defendants.

_____/

**WAIVER OF THE SERVICE OF SUMMONS**

To Burton Wiand, as Receiver for EquiAlt LLC, EquiAlt Fund, LLC, EquiAlt Fund II, LLC, EquiAlt Fund III, and EA SIP, LLC:

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from March 26, 2021, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 4/6/21

_____
(Signature of the attorney or unrepresented party)


David H. Friedman
(Printed name)

1960 N. Lincoln Park West #90
Chicago, IL 60614
(Address)

DHF1225@YAHOO.COM
(E-mail address)

773-816-9618
~~773-871-2952~~
(Telephone number)