May 25, 2021

Dear Sir or Madam,

I have been named a defendant in Case 8:21-cv-00360 at the United States District Court, Middle District of Florida, Tampa Division. I am named in item 51 on page 14.

I am writing on my own because I can not afford legal representation. I live in Pennsylvania and have been told I need a lawyer who is able to practice in Florida. I have not been able to find anyone I can afford. I even spoke with the Hillsborough County Bar Association referral office in Florida and found out that I do not qualify for free or discounted legal representation. I lost my job in November of 2019 because of ongoing health issues. Then came the Corona Virus and I was only able to find parttime work at Uhaul in July of 2020. I am only able to work about 30 hours a week at most which does not provide sufficient income to pay for legal expenses.

**I absolutely deny any involvement in any crime. I am as much a victim of the actions of Brian Davison and/or Barry Rybicki as is Equialt itself.**

My investment with Equialt lasted from November 2013 through December 2015. I never interacted with Brian Davison and/or Barry Rybicki in any way that I can recall to the best of my ability or find in my limited records. The only reference I can find to either of them is a single reference to Barry Rybicki on an Equialt Funds Investor Update flier dated for the 4th quarter of 2013. He is merely listed as the contact person who would handle any inquiries. I received the flier as an attachment to an email from Joshua Stoll from Retire Happy. Retire Happy is the firm who at the time was acting as the intermediary agent between Provident Trust and Equialt.

I do not have the "false profit" of $8553.33 Equialt paid to my account let alone the $34,000 principal amount invested in Equialt. My entire retirement account has disappeared, possibly stolen in a similar way. Joshua Stoll and Retire Happy (mentioned above) have been named in a similar lawsuit in the state of Missouri, Office of Secretary of State:  Case No. AP-20-06. I have no way of knowing if these two lawsuits and the criminals involved are connected in any way. My retirement account is not listed in the Missouri lawsuit.

**I REPECTFULLY ASK THE COURT TO CONSIDER MY INNOCENCE IN THIS MATTER AND MY PERSONAL CIRCUMSTANCES WHEN DETERMINING WHETHER I MUST PAY $8553.33 BACK TO EQUIALT.**

Thank you for your consideration.

Sincerely yours,

Lance R Gilbert

105 Monica Dr Apt B10

Greensburg PA   15601-4567

412-443-3594

lancegilbert@hotmail.com