# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

BURTON WIAND, as
Receiver for EquiAlt
LLC, EquiAlt Fund,
LLC, EquiAlt Fund II,
LLC, EquiAlt Fund III,
EA SIP, LLC,

    Plaintiff,

Case No.: 8:21-cv-0360-TBP-CPT

v.

ERIK ADAMEK, et al.,

    Defendants.

_____/

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Burton Wiand, as Receiver for EquiAlt LLC, EquiAlt Fund, LLC, EquiAlt Fund II, LLC, EquiAlt Fund III, LLC, and EA SIP, LLC, by and through his undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1), hereby voluntarily dismisses his claims without prejudice in this action against the following Defendants:

- Freddie Jordan; and
- Mary Matook.

Respectfully submitted,

**/s/ Katherine C. Donlon**
Katherine C. Donlon, FBN 0066941
kdonlon@jclaw.com
JOHNSON, CASSIDY, NEWLON &
DeCORT P.A.
2802 N. Howard Avenue
Tampa, FL 33607
Tel: (813) 291-3300
Fax: (813) 324-4629

 and

Jared J. Perez, FBN 0085192
jperez@guerraking.com
R. Max McKinley, FBN 119556
mmckinley@guerraking.com
GUERRA KING P.A.
5505 West Gray Street
Tampa, FL 33609
Tel: (813) 347-5100
Fax: (813) 347-5198

Attorneys for Burton W. Wiand Receiver

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 22, 2021, I electronically filed the foregoing with the Clerk of this Court by using the CM/ECF system which will send notification of electronic filing to all counsel of record.

I HEREBY FURTHER CERTIFY that on June 22, 2021, I caused the foregoing to be served via US Mail upon the individuals listed on the attached Service List.

**/s/ Katherine C. Donlon**
Attorney

**Service List**
*Burton Wiand v. Erik Adamek, et al.*
*Case No.: 8:21-cv-0360-TBP-CPT*

| | |
|---|---|
| Erik W. Adamek<br>9964 Nike Way<br>Las Vegas, NV 89148 | John Allen<br>345 E. Carson St. Room 156<br>Carson, CA 90745-2709 |
| Jeffrey Anderson<br>705 Northwood Loop<br>Prescott, AZ 86305 | The Phillip J. Bach and Joyce D. Bach Revocable Trust<br>2512 Pine St.<br>Martinez, CA 94553 |
| Terry J. Ballard<br>8842 Carmel Circle<br>Westminster, CA 92683 | Carla Bates<br>10503 E. Meadow Run<br>Parker, CO 80134 |
| Roland Bohrer<br>HC61 Box 30<br>New Martinsville, WV 26155 | Silvana Briguglio<br>174 Common Wealth Way<br>Aiken, SC 29803 |
| Buckeye Sports & Family Chiro CTR, Inc.<br>16705 Square Dr.<br>Marysville, OH 43040 | Sandra Cable<br>10510 Holyoke Dr.<br>Parker, CO 80134-9136 |
| Eric D. Chapman<br>3659 Greve Dr.<br>Rancho Palos Verdes, CA 90275 | Mikhail Cherner<br>56 Village Road East<br>Brooklyn, NY 11223 |
| Linda Clawson<br>1101 Burr Oak St.<br>Albion, MI 49224 | Deborah A. Cook<br>824 Glenhurst Rd.<br>Willowick, OH 44095-4311 |
| Edmundo P. Cotas<br>2939 Simba Pl.<br>Brentwood, CA 94513 | Glenn Davis<br>7244 E. June St.<br>Mesa, AZ 85207 |

| | |
|---|---|
| Jill Davis<br>7244 E. June St.<br>Mesa, AZ 85207 | Hans R. Van Doornum, Jr.<br>6881 Steeplechase Dr.<br>Huntington Beach, CA 92648 |
| Eric Drinkwater<br>P.O. Box 4386<br>Wichita, KS 67204 | Cynthia G. Duckett<br>110 Mallards Circle<br>Vass, NC 28394 |
| Howard M. Eggers<br>17 Glenbrook Ave.<br>Yonkers, NY 10705-1650 | The Ralph J. Elwood Jr. Living Trust<br>23247 Robert Road<br>Torrance, CA 90505 |
| James Flynn<br>6082 W. Dublin Lane<br>Chandler, AZ 85226-5810 | Virginia R. Furness<br>6251 Bluebell Lane<br>Evergreen, CO 80439 |
| Lance R. Gilbert<br>105 Monica Dr., Apt B10<br>Greensburg, PA 15601-4567 | Laurie Ann Gonsoulin<br>P.O. Box 13114<br>Prescott, AZ 86304 |
| The Halstead Family Trust<br>7178 E. Sablewood Dr.<br>Prescott Valley, AZ 86315 | Steven Hotchkiss<br>508 N Green St.<br>Clarks, NE 68628 |
| Richard W. Hull<br>350 S. Star Lane<br>Glennis Ferry, ID 83623-5056 | John M. Hunt<br>5060 Boone Trail<br>Hillsboro, MO 63050-3548 |
| John Iverson<br>3515 Hoyt Ave., Apt. 122<br>Everett, WA 98201-4717 | Jessmat LLC<br>8485 Lipan Ct.<br>Denver, CO 80260 |
| Freddie N. Jordan<br>1048 Buick Ave.<br>Ypsilanti, MI 48198 | Karen Keeney<br>4464 N. Placita Coahuila<br>Tuscon, AZ 85749 |

| | |
|---|---|
| Raymond W. Kerbaugh<br>3870 N. Civic Drive, NE, Apt. 3109<br>Prescott Valley, AZ 86314-1350 | Marilyn E. Lambe<br>39 Egret Court<br>Newport Beach, CA 92660 |
| Raymond Lemberg<br>2236 Loma Rica Cr.<br>Prescott, AZ 86303 | Daniel Love<br>3458 University Avenue<br>San Diego, CA 92104 |
| Wanda L. Mathias<br>434 W. Manhattan Drive<br>Tempe, AZ 85282 | Carrol Mauro<br>7644 Surrey Lane<br>Oakland, CA 94605 |
| Angela A. McCambridge<br>26032 Via Remolino<br>Mission Viejo, CA 92691 | Robert D. Merrill<br>265 Communications Way,<br>Unit 309<br>Hyannis, MA 02601-1974 |
| Cindy M. Merrill<br>265 Communications Way,<br>Unit 309<br>Hyannis, MA 02601-1974 | Kenneth J. Nowak<br>214 Knoxboro Ln.<br>Barrinton, IL 60010 |
| David H. O'Brien<br>11198 W. Marlow Ave.<br>Littleton, CO 80127-1068 | Eugena M. O'Brien<br>11198 W. Marlow Ave.<br>Littleton, CO 80127-1068 |
| Karen O'Connor<br>3732 Ferncliff Rd.<br>Snellville, GA 30039-4339 | Margaret Ogtong<br>201 The Promenade<br>Edgewater, NJ 07020 |
| Douglas A. Owen<br>431 Candlewood Lane<br>Prescott, AZ 86301 | Valerie A. Owen<br>431 Candlewood Lane<br>Prescott, AZ 86301 |
| Nydia Palomino<br>6798 N 87th Lane<br>Glendale, AZ 85305 | Sudhaker G. Patel<br>27 W. 257 Waterfield Dr.<br>Winfield, IL 60190 |

Jyotihka Patel
27 W. 257 Waterfield Dr.
Winfield, IL 60190

Janice A. Perry
5483 N. Watson Rd.
Elsie, Mi 48831

Michael S. Powers
16137 Alexander Pl.
Dumfries, VA 22025

Frank X. Prestigiovanni
2709 Silverstone Way
Conroe, TX 77304-6721

Peter H. Reilly
7833 E. Addis Ave., Apt B
Prescott Valley, AZ 86314

Pete & Billye A. Reilly Trust
7833 E. Addis Ave., Apt. B.
Prescott Valley, AZ 86314

Josephine F. Reynolds
106 Crystal Circle
Mooresville, NC 28117

Becky Rohrbacker
3811 Echo Mountain Road
Oroville, CA 95965-9197

Patricia Rothstein
9338 Savannah Estates Drive
Lake Worth, FL 33467-6985

Lawrence J. Ryan
11921 S Lockwood Ave.
Alsip, IL 60803-3177

Rose Rybicki
3313 E Daley Lane
Phoenix, AZ 85050-8412

Claude H. Schauer
8 Black Mountain Drive
Dayton, WY 82836

Kenny R. Schmidt
217 S. 3rd Ave.
Walton, KS 67151

Gary Shidaker
1375 E Grand Ave, Ste 103
Arroyo Grande, CA 93420-2421

Kathryn S. Shively
549 Lovers Ln.
Steubenville, OH 43953-3312

Thomas W. Simmons
26032 Via Remolino
Mission Viejo, CA 92691

Simmons and McCambridge Trust
26032 Via Remolino
Mission Viejo, CA 92691

Robert A. Slagoske
1776 NW Beaumont Ave.
Roseburg, OR 97471-1721

Richard Smisek
2551 Plaza Del Amo Unit-C
Torrance, CA 90503-7303

Karen Suter-Brady
9118 Circulo Margen
Spring Valley, CA 91977

Lawrence M. Tiede
4836 Fiesta Lakes Street
Las Vegas, NV 89130

Tudor Family Living Trust
c/o Audrey Tudor
9658 Westminster Ave., TRLR 17
Garden Grove, CA 92844-2933

Edith Vanicek
41001 Village 41
Camarillo, CA 93012

Kathy Wilcox
500 Hazel Dr.
Vestal, NY 13850-3153

Walter B. Wooldridge
6 Meadow Park Ct.
Allen, TX 75002-4918

Mark Zdrojewski
24041 Dory Drive
Laguna Niguel, CA 92677

Judith Spooner
18170 N. 91st Avenue, Apt. 1157
Peoria, AZ 85382-0868

Dale Tenhulzen
1030 Washington Street
Powell, WY 82435-3210

Mark Tovar
2420 Napoleon St.
Stockton, CA 95210

Landard G. Ulmer
806 Alpha Dr.
Durham NC 27703

David Waxman
25 Meader St.
Providence, RI 02909-1641

Helen Williams
14020 Oakley Dr.
Riverside, CA 92503

Robrick Wright
7119 Celadine St.
Las Vegas, NV 89131