# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

BURTON WIAND, as
Receiver for EquiAlt
LLC, EquiAlt Fund,
LLC, EquiAlt Fund II,
LLC, EquiAlt Fund III,
EA SIP, LLC,

      Plaintiff,                      Case No.: 8:21-cv-0360- JLB-CPT

v.

ERIK ADAMEK, et al.,

      Defendants.

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Burton Wiand, as Receiver for EquiAlt LLC, EquiAlt Fund, LLC, EquiAlt Fund II, LLC, EquiAlt Fund III, LLC, and EA SIP, LLC, by and through his undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses his claims in this action with prejudice against Defendants John M. Hunt, James H. Mitchell and Richard Smisek.

Respectfully submitted,

**/s/ Katherine C. Donlon**
Katherine C. Donlon, FBN 0066941
kdonlon@jclaw.com
JOHNSON, CASSIDY, NEWLON &
DeCORT P.A.
2802 N. Howard Avenue
Tampa, FL 33607
Tel: (813) 291-3300
Fax: (813) 324-4629

and

Jared J. Perez, FBN 0085192
jperez@guerraking.com
R. Max McKinley, FBN 119556
mmckinley@guerraking.com
GUERRA KING P.A.
1408 N. Westshore Blvd., Ste. 1010
Tampa, FL 33607
Tel: (813) 347-5100
Fax: (813) 347-5198

Attorneys for Burton W. Wiand Receiver

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on April 28, 2022, I electronically filed the foregoing with the Clerk of this Court by using the CM/ECF system which will send notification of electronic filing to all counsel of record.

I HEREBY FURTHER CERTIFY that on April 28, 2022, I caused the foregoing to be served via US Mail upon the individuals listed on the attached Service List.

/s/ Katherine C. Donlon
Attorney

## Service List
### *Burton Wiand v. Erik Adamek, et al.*
### *Case No.: 8:21-cv-0360-TBP-CPT*

Jeffrey Anderson
705 Northwood Loop
Prescott, AZ 86305

The Phillip J. Bach and Joyce D.
Bach Revocable Trust
2512 Pine St.
Martinez, CA 94553

Terry J. Ballard
16401 Kohala Lane
Huntington Beach, CA 92649

Roland Bohrer
691 Church Lane
New Martinsville, WV 26155

Buckeye Sports & Family
Chiro CTR, Inc.
16705 Square Dr.
Marysville, OH 43040

Sandra Cable
10510 Holyoke Dr.
Parker, CO 80134-9136

Eric D. Chapman
3659 Greve Dr.
Rancho Palos Verdes, CA 90275

Mikhail Cherner
56 Village Road East
Brooklyn, NY 11223

Linda Clawson
1101 Burr Oak St.
Albion, MI 49224

Edmundo P. Cotas
2939 Simba Pl.
Brentwood, CA 94513

3

Glenn Davis
7244 E. June St.
Mesa, AZ 85207

Jill Davis
7244 E. June St.
Mesa, AZ 85207

Eric Drinkwater
P.O. Box 4386
Wichita, KS 67204

Cynthia G. Duckett
110 Mallards Circle
Vass, NC 28394

Howard M. Eggers
17 Glenbrook Ave.
Yonkers, NY 10705-1650

Virginia R. Furness
6251 Bluebell Lane
Evergreen, CO 80439

Lance R. Gilbert
105 Monica Dr., Apt B10
Greensburg, PA 15601-4567

The Halstead Family Trust
7178 E. Sablewood Dr.
Prescott Valley, AZ 86315

Steven Hotchkiss
508 N Green St.
Clarks, NE 68628

Richard W. Hull
350 S. Star Lane
Glennis Ferry, ID 83623-5056

Jessmat LLC
9850 Gaylord Street
Thornton, CO 80229

Raymond W. Kerbaugh
3870 N. Civic Drive, NE, Apt. 3109
Prescott Valley, AZ 86314-1350

Marilyn E. Lambe
39 Egret Court
Newport Beach, CA 92660

Raymond Lemberg
2236 Loma Rica Cr.
Prescott, AZ 86303

Wanda L. Mathias
434 W. Manhattan Drive
Tempe, AZ 85282

Carrol Mauro
7644 Surrey Lane
Oakland, CA 94605

Karen O'Connor
3732 Ferncliff Rd.
Snellville, GA 30039-4339

Margaret Ogtong
201 The Promenade
Edgewater, NJ 07020

4

Nydia Palomino
6798 N 87th Lane
Glendale, AZ 85305

Sudhaker G. Patel
27w257 Waterford Dr.
Winfield, IL 60190

Jyotihka Patel
27w257 Waterford Dr.
Winfield, IL 60190

Janice A. Perry
5483 N. Watson Rd.
Elsie, MI 48831

Michael S. Powers
16137 Alexander Place
Dumfries, VA 22025

Frank X. Prestigiovanni
2709 Silverstone Way
Conroe, TX 77304-6721

Peter H. Reilly
7833 E. Addis Ave., Apt B
Prescott Valley, AZ 86314

Pete & Billye A. Reilly Trust
7833 E. Addis Ave., Apt. B.
Prescott Valley, AZ 86314

Josephine F. Reynolds
106 Crystal Circle
Mooresville, NC 28117

Becky Rohrbacker
3811 Echo Mountain Road
Oroville, CA 95965-9197

Rose Rybicki
3313 E Daley Lane
Phoenix, AZ 85050-8412

Claude H. Schauer
8 Black Mountain Drive
Dayton, WY 82836

Gary Shidaker
1375 E Grand Ave, Ste 103
Arroyo Grande, CA 93420-2421

Kathryn S. Shively
549 Lovers Ln.
Steubenville, OH 43953-3312

Robert A. Slagoske
1776 NW Beaumont Ave.
Roseburg, OR 97471-1721

Judith Spooner
18170 N. 91st Avenue, Apt. 1157
Peoria, AZ 85382-0868

Karen Suter-Brady
9118 Circulo Margen
Spring Valley, CA 91977

Dale Tenhulzen
1030 Washington Street
Powell, WY 82435-3210

Lawrence M. Tiede
4836 Fiesta Lakes Street
Las Vegas, NV 89130

Tudor Family Living Trust
c/o Audrey Tudor
9658 Westminster Ave., TRLR 17
Garden Grove, CA 92844-2933

Edith Vanicek
41001 Village 41
Camarillo, CA 93012

David Waxman
780 Reservoir Avenue, PMB 412
Cranston, RI 02910-44

Kathy Wilcox
500 Hazel Dr.
Vestal, NY 13850-3153

Walter B. Wooldridge
6 Meadow Park Ct.
Allen, TX 75002-4918

Robrick Wright
7119 Celadine St.
Las Vegas, NV 89131

Mark Zdrojewski
24041 Dory Drive
Laguna Niguel, CA 92677