UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BURTON W. WIAND, as Receiver for
EquiAlt LLC, EquiAlt Fund, LLD,
EquiAlt Fund II, LLC, EquiAlt Fund
III, EA SIP, LLC,

      Plaintiff,

v.                                               Case No:  8:21-cv-360-JLB-CPT

ERIK ADAMEK, et al.,

      Defendants.
_____/

## **ORDER**

The Magistrate Judge has entered a Report and Recommendation (Doc. 505), recommending that the Court grant Plaintiff Receiver's Second Renewed Omnibus Motion for Default Judgment Against Defaulted Defendants.  (Doc. 495).  No party has objected, and the time to do so has expired.

A district judge may accept, reject, or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1)(C).  The district judge must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."  *Id.*

Here, after an independent review of the record, and noting that no objection has been filed, the Court **ADOPTS** the thorough and well-reasoned Report and Recommendation.

Accordingly, it is **ORDERED** that:

1. The Report and Recommendation (Doc. 505) is **ADOPTED** and made part of this Order for all purposes.

2. Plaintiff Receiver's Second Renewed Omnibus Motion for Default Judgment Against Defaulted Defendants (Doc. 495) is **GRANTED**.

3. No later than February 19, 2024, Plaintiff shall file an updated version of the table listing the defaulted Defendants and the amount sought against each. (*See* Doc. 495-1 at 15–16). The table shall list each defaulted Defendant's name as it appears in the complaint. Moreover, the table shall list the amount of recovered false profits sought against each of the defaulted Defendants and the current total amount of pre-judgment interest against each of the defaulted Defendants. Following the filing of this table, the Court shall provide instructions to the Clerk with respect to entering judgment. **ORDERED** at Tampa, Florida on February 12, 2024.

_____
JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE